10/17/13     Chase Online - Check Details

# CHASE

Chase.com | Contact Us | Privacy Notice | En Español | **LOG OFF**

CHASE ONLINE<sup>SM</sup> Thursday, October 17, 2013

My Accounts > Account Activity > Check Details

## Check Details

**BUSINESSSELECT CHKG (....1239)**

Check Number: 2430     Post Date: 09/16/2013     Amount of Check: $1,500.00

○ Print   ● Help with this page    **I'd like to...**
    ▸ See Account Statements

[Front] Enlarge/Reduce Check Image

```
GVP MEDIA GROUP, INC                    2430
3076 VETERANS HIGHWAY
SUITE 131
RONKONKOMA, NEW YORK 11779
                            CHASE BANK
                            1-2/210      7/25/2013
PAY TO THE
ORDER OF   GVP Media                    $ 1,500.00

One Thousand Five Hundred and 00/100 ************************** DOLLARS

        GVP Media
        Harry Oates
        4 Hassam Place
        Lk. Ronkonkoma, NY 11779
                                    [signature]
MEMO:                               AUTHORIZED SIGNATURE

⑆002430⑆  ⑉021000021⑉  218331239⑈
```

[Back] Enlarge/Reduce Check Image

Need help printing or saving this check?

https://banking.chase.com/Statements/CheckImage.aspx?PageSource=AA_AD&Src=AA_AD&RequestCode=05HIUpj9bY22ZVWzwzFekwaOE1A0=&AI=403842444&PageIndex=1&SequenceNumber=427068921&Check... 1/2

10/17/13

# CHASE

Chase Online - Check Details

Chase.com | Contact Us | Privacy Notice | En Español |

CHASE ONLINE<sup>SM</sup> Thursday, October 17, 2013

**LOG OFF**

My Accounts > Account Activity > Check Details

## Check Details

○ Print ○ Help with this page

**I'd like to...**
▸ See Account Statements

BUSINESSSELECT CHKG (...1239)

Check Number: 2425    Post Date: 08/30/2013    Amount of Check: $1,500.00

**Front** Enlarge/Reduce Check Image

GVP MEDIA GROUP, INC
3075 VETERANS HIGHWAY
SUITE 131
RONKONKOMA, NEW YORK 11779

2425

CHASE BANK
1-2/210

7/19/2013

PAY TO THE ORDER OF   GVP Media        $1,500.00

One Thousand, Five Hundred and 00/100************************ DOLLARS

GVP Media
Harry Oates
4 Hassam Place
Lk. Ronkonkoma, NY 11779

MEMO: Weekly                    [signature]  AUTHORIZED SIGNATURE

⑈002425⑈ ⑆021000021⑆ 218331239⑈

**Back** Enlarge/Reduce Check Image

Need help printing or saving this check?

10/17/13

Chase Online - Check Details

# CHASE

Chase.com | Contact Us | Privacy Notice | En Español | LOG OFF

CHASE ONLINE<sup>SM</sup> Thursday, October 17, 2013

My Accounts > Account Activity > Check Details

## Check Details

○ Print ○ Help with this page

I'd like to...
▸ See Account Statements

**BUSINESSSELECT CHKG (...1239)**

Check Number: 2421    Post Date: 08/30/2013    Amount of Check: $1,500.00

Enlarge/Reduce Check Image

**Front**

GVP MEDIA GROUP, INC
3075 VETERANS HIGHWAY
SUITE 131
RONKONKOMA, NEW YORK 11779

2421
CHASE BANK
1-2/210
7/12/2013

PAY TO THE ORDER OF   GVP Media                             **$1,500.00**

One Thousand Five Hundred and 00/100                         DOLLARS

GVP Media
Harry Oates
4 Hassam Place
Lk. Ronkonkoma, NY 11779

MEMO: Week 7/8/13 - 7/12/13       Benji C. [signature]
                                   AUTHORIZED SIGNATURE

⑈00੨4੨1⑈ ⑆021000021⑆ 218331239⑈

Need help printing or saving this check?

Enlarge/Reduce Check Image

**Back**

10/17/13

# CHASE

Chase Online - Check Details

Chase.com | Contact Us | Privacy Notice | En Español

CHASE ONLINE℠ Thursday, October 17, 2013

LOG OFF

My Accounts > Account Activity > Check Details

## Check Details

○ Print ○ Help with this page

**I'd like to...**
▶ See Account Statements

**BUSINESSSELECT CHKG (...1239)**

Check Number: 2420    Post Date: 07/29/2013    Amount of Check: $1,500.00

Enlarge/Reduce Check Image

**Front**

```
GVP MEDIA GROUP, INC                    CHASE BANK           2420
3075 VETERANS HIGHWAY
SUITE 131                               1-2/210          7/5/2013
RONKONKOMA, NEW YORK 11779

PAY TO THE
ORDER OF    GVP Media                                $**1,500.00
            One Thousand Five Hundred and 00/100          DOLLARS

            GVP Media
            Harry Oates
            4 Hassam Place
            Lk. Ronkonkoma, NY 11779
MEMO:       Weekly 7/1/13 — 7/5/13
```

Need help printing or saving this check?

Enlarge/Reduce Check Image

**Back**

10/17/13

# CHASE

Chase Online - Check Details

Chase.com | Contact Us | Privacy Notice | En Español |  **LOG OFF**

CHASE ONLINE<sup>SM</sup>  Thursday, October 17, 2013

My Accounts > Account Activity > Check Details

## Check Details

☉ Print   ☉ Help with this page

**I'd like to...**
▶ See Account Statements

**BUSINESSSELECT CHKG (...1239)**

Check Number: 2419    Post Date: 07/22/2013    Amount of Check: $1,500.00

Front  Enlarge/Reduce Check Image

GVP MEDIA GROUP, INC
3075 VETERANS HIGHWAY
SUITE 131
RONKONKOMA, NEW YORK 11779

2419
CHASE BANK
1-2/210
6/28/2013

PAY TO THE ORDER OF ___ GVP Media ___ $**1,500.00

One Thousand Five Hundred and 00/100 ············································· DOLLARS

GVP Media
Harry Oeltes
4 Hassam Place
Lk. Ronkonkoma, NY 11779

MEMO: Weekly 6/17/13 - 6/21/13

⑂002419⑂  ⑆021000021⑆  21831123 9⑆

Need help printing or saving this check?

Back  Enlarge/Reduce Check Image

10/17/13     Chase Online - Check Details

# CHASE

Chase.com | Contact Us | Privacy Notice | En Español    **LOG OFF**

CHASE ONLINE℠   Thursday, October 17, 2013

My Accounts > Account Activity > Check Details

## Check Details

○ Print   ○ Help with this page

**I'd like to...**
▶ See Account Statements

**BUSINESSSELECT CHKG (...1239)**

Check Number: 2418    Post Date: 07/15/2013    Amount of Check: $1,500.00

**Front**   Enlarge/Reduce Check Image

```
                                                                    2418
GVP MEDIA GROUP, INC
3075 VETERANS HIGHWAY
      SUITE 131
RONKONKOMA, NEW YORK 11779          CHASE BANK
                                                      6/28/2013
                                          1-2/210

PAY TO THE
ORDER OF   GVP Media                              $**1,500.00

One Thousand Five Hundred and 00/100**************************  DOLLARS

          GVP Media
          Harry Oates
          4 Hassam Place
          Lk. Ronkonkoma, NY 11779
MEMO:  ___ Weekly 6/10/13 - 6/14/13         [signature] Boris C. Newlin
                                            AUTHORIZED SIGNATURE

⑈002418⑈  ⑆021000021⑆  218331239⑈
```

**Back**   Enlarge/Reduce Check Image

Need help printing or saving this check?



https://banking.chase.com/Statements/CheckImage.aspx?PageSource=AA_AD&Src=AA&RequestCode=51pIMiNNfbJoRrfB4uyCeXpLaG0=&AI=4038424444&PageIndex=3&SequenceNumber=4290067828&CheckN... 1/2

10/17/13     Chase Online - Check Details

# CHASE

Chase.com | Contact Us | Privacy Notice | En Español | **LOG OFF**

CHASE ONLINE℠ Thursday, October 17, 2013

My Accounts > Account Activity > Check Details

## Check Details

○ Print ○ Help with this page

**I'd like to...**
▸ See Account Statements

**BUSINESSSELECT CHKG (...1239)**

Check Number: 2303    Post Date: 07/01/2013    Amount of Check: $1,500.00

[Front] Enlarge/Reduce Check Image

Check image:
- 2303, 1-2/210
- DATE 6-7-13
- PAY TO THE ORDER OF: GVP Media
- One Thousand Five Hundred +00/100 DOLLARS
- $1,500.00
- GVP MEDIA GROUP, INC.
- 4 HASSAM PL
- LAKE RONKONKOMA, NY 11779-4100
- CHASE, JPMorgan Chase Bank, N.A., www.Chase.com
- MEMO: WK 5/27-6/2/13
- Signed: Benji C Russo

Need help printing or saving this check?

[Back] Enlarge/Reduce Check Image

Back image shows: "Depos 110"